AO 440 (Rev. 06/12) Summons in a Civil Action

FEB 23 2026 AM 10:49
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida Tampa Division

COPY

Willie Robinson
_____
Plaintiff(s)

v.   Civil Action No. 8:26-CV-495-WFJ-CPT

City of Tampa
_____
Defendant(s)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
City of Tampa
Office of the City Attorney
315 E. Kennedy Blvd
Tampa, Florida 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Willie Robinson
6807 Luana Ln.
Seffner, FL. 33584
Realdealwill123@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/23/2026

A. Waddell  ANGEL WADDELL
*Signature of Clerk or Deputy Clerk*